

ORIGINAL

FILED

07/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0181

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0181

---

DANNY LEE WARNER, JR.,

    Plaintiff and Appellant,

v.

STATE OF MONTANA and the DEPARTMENT
OF CORRECTIONS,

    Defendant and Appellee.

---

**O R D E R**

FILED

JUL 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Danny Lee Warner, Jr. moves this Court for an extension of time to file his opening brief. He states that he believes his brief is presently due on July 25, 2024, and that he needs additional time because of his placement in Ohio. He adds that "he has received nothing from this Court in months[.]"

We observe that we received the District Court record on March 25, 2024, and that Warner received his first extension until June 24, 2024, to file his brief. A second Order granted him an extension until August 7, 2024, based on the motion's filing date. Therefore, good cause shown, and to correct the timeframe in this appeal,

IT IS ORDERED that Warner's Motion for Extension of Time is GRANTED, and that Warner shall PREPARE, FILE, and SERVE his opening brief on or before September 23, 2024.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Danny Lee Warner, Jr., at his last-known address, along with a copy of the Court's Appellate Handbook.

DATED this 23rd day of July, 2024.

For the Court,

By _____
           Chief Justice